IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BISHWANI PRASHAD | : CIVIL ACTION |
| | : |
| v. | : NO. 23-4282 |
| | : |
| PROGRESSIVE SPECIALTY INSURANCE CO. | : |

## ORDER

AND NOW, this 10th day of April 2024, it having been reported the parties resolved all claims through Judge Hey's efforts, it is **ORDERED**:

1. This action is **DISMISSED WITH PREJUDICE** under Local Rule of Civil Procedure 41.1(b);[1]

2. Defendant's Motion for summary judgment (ECF No. 23) is **DENIED as moot**;

3. We will promptly resolve the public access issues on Defendant's Appendix (ECF No. 32) on a line-by-line basis under *Avandia* (as public access is not affected by dismissal) consistent with our April 3, 2024 Order (ECF No. 24) unless Defendant files a Notice of voluntarily striking its proposed redacted Appendix (ECF No. 32) no later than **April 12, 2024;** and,

4. The Clerk of Court shall mark this matter **CLOSED.**

KEARNEY, J.

---

[1] Local Rule 41.1(b) provides:

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).